IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ARMAN MOMAND,**

      **Petitioner,**

v.                                                 **Civil Action No. 3:25cv715**

**JEFF CRAWFORD**, *et al.*,

      **Respondents.**

**MEMORANDUM ORDER**
**(Serving 28 U.S.C. § 2241 Petition)**

Petitioner, proceeding with counsel, has submitted a petition under 28 U.S.C. § 2241 and paid the full filing fee.[1] Upon consideration of Petitioner's payment of the full filing fee and the petition for a writ of habeas corpus, it is ORDERED that:

1. The petition is FILED;

2. Rule 2 of the Rules Governing Section 2254 cases[2] requires that petitions pursuant to 28 U.S.C. § 2254 "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242." Rules Governing § 2254 Cases in U.S. District Courts, Rule 2(c)(5). The current petition does not comply with Rule 2.

---

[1] It appears that Petitoner's counsel filed proposed summonses, which were accepted by the Clerk's office. (ECF Nos. 3–8.) The Clerk's office then instructed Petitioner's counsel to serve the proposed summonses on Defendants. (ECF No. 10.) Because a Section 2241 action does not require that summons be issued, the summonses need not be served. *See* Rule 4 of the Rules Governing § 2254 Cases; Rule 5 of the Rules Governing § 2254 cases.

[2] Rule 1(b) of the Rules Governing § 2254 cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

Accordingly, Petitioner is DIRECTED to file, within ten (10) days of the date of entry hereof, a petition that complies with Rule 2; and,

3. Respondents SHALL file a responsive pleading within sixty (60) days of the receipt of this Memorandum Order.

Service shall be made upon Respondent by electronically transmitting a copy of this Memorandum Order and the petition, to the United States Attorney for the Eastern District of Virginia. A copy of this Memorandum Order shall also be sent to Petitioner.

And it is so ORDERED.

Date: 09/12/2025
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge